# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Smith, Rebecca B. | Eastern District of Virginia | 05/12/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Active) | ☐ Nomination, Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2009<br>to<br>12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States District Court<br>600 Granby Street<br>Norfolk, Virginia 23510 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | General Douglas MacArthur Foundation, Norfolk, Va |
| 2. Power of Attorney | Account #1 |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/12/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2009 | Self-employed |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Law Association | March 27, 2009 | New York, New York | Annual Dinner | Transportation, lodging, food |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/12/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Branch Bank & Trust Co. Bank Account | A | Interest | J | T | | | | | |
| 2. Investment Account #1 directing (line 3) | | | | | | | | | |
| 3. IRA-Brokerage Account #1 holding (lines 4-33) | | | | | | | | | |
| 4. Schwab Govt. Money Fund | E | Int./Div. | K | T | | | | | |
| 5. Capital One Bank - certi. of deposit | A | Interest | | | Matured | 08/27/09 | K | | |
| 6. Hampton Roads Bankshares Inc | B | Dividend | J | T | | | | | |
| 7. The Diamonds Trust | | None | K | T | | | | | |
| 8. Dow Jones Select Div Index Fund | | None | J | T | | | | | |
| 9. Standard & Poor's Midcap 400 | | None | K | T | | | | | |
| 10. S & P 500 Growth Index Fund | | None | K | T | | | | | |
| 11. Tr MSCI EAFE Index Fund | | None | K | T | | | | | |
| 12. Standard & Poor's Latin American 40 Index Fund | D | Int./Div. | J | T | | | | | |
| 13. Standard & Poor's 500 Depository Receipts Trust | B | Int./Div. | K | T | | | | | |
| 14. A T & T Inc New | A | Int./Div. | J | T | Buy | 12/02/09 | J | | |
| 15. Verizon Communications | A | Int./Div. | J | T | Buy | 12/02/09 | J | | |
| 16. IShares MSCI Emrg Mkt Fd | D | Int./Div. | K | T | Buy | 09/16/09 | J | | |
| 17. IShares S U P Smcap Value | A | Int./Div. | J | T | Buy | 09/24/09 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IShares TR Barclays Bond Intermediate | A | Int./Div. | K | T | Buy | 05/15/09 | K | | |
| 19. IShares TR Barclays Fund Aggregate | A | Int./Div. | J | T | Buy | 05/15/09 | J | | |
| 20. IShares Tr Cohen & Steer | A | Int./Div. | J | T | Buy | 09/24/09 | J | | |
| 21. SPDR Trust Unit Sr 1 | | None | K | T | Buy | 01/20/09 | K | | |
| 22. Taxable Bonds: | | | | | | | | | |
| 23. Gov't Natl Mtg. Assn Pool 5/15/20 Medium Term Notes | | None | J | T | | | | | |
| 24. U.S. TSY Inflation Index Note 1/15/10 | | None | J | T | | | | | |
| 25. US TSY Inflation Index Notes 7-15-13 | | None | J | T | | | | | |
| 26. U.S. T-Note 5/15/14 | B | Int./Div. | | | Redeemed | 05/15/09 | J | | |
| 27. U.S. T-Note 5/31/13 | A | Int./Div. | K | T | | | | | |
| 28. U.S. T-Note 8/15/12 | A | Int./Div. | J | T | | | | | |
| 29. U.S. T-Note 8/15/15 | A | Int./Div. | J | T | | | | | |
| 30. U.S. T-Note 10/31/11 | A | Int./Div. | J | T | | | | | |
| 31. Fed Farm CR BK 6/8/17 | A | Int./Div. | K | T | | | | | |
| 32. Oregon School Board Bond Due 6-30-10 | A | Int./Div. | J | T | | | | | |
| 33. Conocophillips 10/15/16 | A | Int./Div. | J | T | | | | | |
| 34. Farm ▓▓▓▓ VA | | None | N | W | | | | | |

| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Investment Account #2 directing (line 36) | | | | | | | | | |
| 36. Brokerage Account #2 holding (lines 37-94) | | | | | | | | | |
| 37. Schwab Govt Money Fund | A | Int./Div. | K | T | | | | | |
| 38. Equities/Stocks: | | | | | | | | | |
| 39. A T & T Inc. | B | Dividend | K | T | | | | | |
| 40. Ace Limited | A | Dividend | J | T | | | | | |
| 41. American Capital | | None | | | Sold | 06/17/09 | J | | |
| 42. Auto Data Processing | A | Dividend | J | T | | | | | |
| 43. Bank of America Corp. | | None | | | Sold | 01/20/09 | J | | |
| 44. Cameron Intl Corp. | | None | | | Sold | 12/02/09 | J | | |
| 45. Charles & Colvard Ltd. | | None | | | Sold | 06/17/09 | J | | |
| 46. Cisco Systems Inc. | | None | J | T | | | | | |
| 47. Covidien Ltd. | | None | | | Sold | 01/20/09 | J | | |
| 48. Dell Inc. | | None | J | T | | | | | |
| 49. Dollar Tree Inc. | | None | K | T | | | | | |
| 50. DuPont E I De Nemours & Co. | A | Dividend | J | T | | | | | |
| 51. Duke Energy Corp. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Exxon Mobil Corp. | A | Dividend | K | T | | | | | |
| 53. General Electric Co. | A | Dividend | K | T | | | | | |
| 54. Hampton Roads Bankshares | A | Dividend | J | T | | | | | |
| 55. Hewlett-Packard Company | A | Dividend | K | T | | | | | |
| 56. Honeywell International | A | Dividend | K | T | | | | | |
| 57. International Paper Co. | A | Dividend | | | Sold | 06/17/09 | J | | |
| 58. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 59. J.P. Morgan Chase & Co. | A | Dividend | K | T | | | | | |
| 60. Kraft Foods, Inc. | A | Dividend | J | T | | | | | |
| 61. Medtronic Inc. | A | Dividend | J | T | | | | | |
| 62. Microsoft Corp. | A | Dividend | K | T | | | | | |
| 63. Pepsico Inc. | A | Dividend | K | T | | | | | |
| 64. Raytheon Company | A | Dividend | J | T | | | | | |
| 65. St. Joe Co. | | None | J | T | | | | | |
| 66. Tyco Electronics Ltd. | A | Dividend | | | Sold | 04/06/09 | J | | |
| 67. Tyco International Ltd. | A | Dividend | J | T | | | | | |
| 68. Verizon Communications | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. I Shares Trust MSCI Eafe Index Fund | | None | K | T | | | | | |
| 70. Canadian Natl Ry Co | A | Dividend | J | T | Buy | 05/15/09 | J | | |
| 71. Chesapeake Energy Corp | A | Dividend | J | T | Buy | 12/02/09 | J | | |
| 72. Harris Corporation | A | Dividend | J | T | Buy | 08/28/09 | J | | |
| 73. Home Depot | A | Dividend | J | T | Buy | 04/06/09 | J | | |
| 74. Intel Corp | A | Dividend | J | T | Buy | 05/15/09 | J | | |
| 75. Marathon Oil Corp | A | Dividend | J | T | Buy | 12/02/09 | J | | |
| 76. Proctor & Gamble | A | Dividend | J | T | Buy | 09/24/09 | J | | |
| 77. Travelers Companies | A | Dividend | J | T | Buy | 08/28/09 | J | | |
| 78. Rydex SGI MGD Futures | | None | K | T | Buy | 12/02/09 | K | | |
| 79. Vanguard Div Appreiation | | None | J | T | Buy | 01/20/09 | J | | |
| 80. Tax Exempt Bonds: | | | | | | | | | |
| 81. Alexandria VA 6/15/15 | A | Interest | K | T | | | | | |
| 82. Arlington Cnty VA 2/1/13 | A | Interest | K | T | | | | | |
| 83. Arlington Cnty VA 6/1/09 General Obligation Refunding | A | Interest | | | Redeemed | 06/01/09 | J | | |
| 84. Bristol, VA 11/1/16 | A | Interest | J | T | | | | | |
| 85. Chesterfield Cnty 1/15/14 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Fairfax Cnty VA 10/1/11 | A | Interest | K | T | | | | | |
| 87. Henrico Cnty, VA 5/1/10 | A | Interest | | | Redeemed | 05/01/09 | K | | |
| 88. Middle Riv. Regl. 5/15/12 | A | Interest | K | T | | | | | |
| 89. Montgomery Cnty, VA 1/15/11 | A | Interest | K | T | | | | | |
| 90. Prince William County VA CTF Partn 6/1/15 | A | Interest | J | T | | | | | |
| 91. Prince William County VA 7/1/12 | A | Interest | | | Redeemed | 07/01/09 | K | | |
| 92. Virginia College Bl. 9/1/15 | A | Interest | J | T | | | | | |
| 93. Virginia College Bl. 4/1/16 | A | Interest | K | T | | | | | |
| 94. VA Res Auth Infrastructure Rev. Pooled Loan Bond 11/1/14 | A | Interest | K | T | | | | | |
| 95. Wells Fargo | A | Interest | K | T | | | | | |
| 96. ▓▓▓▓▓▓▓▓▓▓▓▓ | F | Dividend | N | W | | | | | |
| 97. Rental Property #1, Norfolk, VA | E | Rent | N | W | | | | | |
| 98. C.A. Associates, 2%, Norfolk, VA | D | Dividend | K | W | | | | | |
| 99. GJF Currituck Beach Associates, NC | | None | J | W | | | | | |
| 100. IRA - Equi-Vest | | None | K | T | | | | | |
| 101. Deferred Annuity - Equitable Life Ins. Co. | | None | K | T | | | | | |
| 102. IRA-Brokerage Acct #3 directing and holding (lines 103-148) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS -- *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. UBS Pace Money Market Investment Fund | A | Int./Div. | J | T | | | | | |
| 104. American Funds New World Fund | | None | | | Sold | 02/03/09 | J | | |
| 105. Blackrock Small Cap Growth Fund | | None | | | Sold | 02/03/09 | J | | |
| 106. Blackrock Latin America Fund | | None | | | Sold | 02/03/09 | J | | |
| 107. Diamond Hill Long-Short Fund | | None | | | Sold | 02/03/09 | J | | |
| 108. First Eagle Sogen Global Fund | | None | J | T | | | | | |
| 109. First Eagle Overseas Fund | A | Int./Div. | J | T | | | | | |
| 110. Ing Corporate Leaders Trust Fund | | None | | | Sold | 02/03/09 | J | | |
| 111. Ing International Value Fund | | None | | | Sold | 02/03/09 | J | | |
| 112. Ing Russia Fund | | None | | | Sold | 02/03/09 | J | | |
| 113. Ivy Global Natural Resources Fund | A | Int./Div. | | | Sold | 02/03/09 | J | | |
| 114. Janus Adviser Intl | A | Int./Div. | | | Sold | 02/03/09 | J | | |
| 115. John Hancock Large Cap Equity Fund | A | Int./Div. | | | Sold | 02/03/09 | J | | |
| 116. MFS Utilities Fund | | None | | | Sold | 02/03/09 | J | | |
| 117. Oakmark International Small Cap Fund | | None | | | Sold | 02/03/09 | J | | |
| 118. Oppenheimer Commodity Strategy Fund | | None | | | Sold | 02/03/09 | J | | |
| 119. Pimco Real Estate Real Return Fund | | None | | | Sold | 02/03/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Royce Micro-Cap Fund | A | Int./Div. | J | T | | | | | |
| 121.  Royce Pennsylvania Mutual Fund | | None | | | Sold | 02/03/09 | J | | |
| 122.  Rydex Basic Materials | | None | | | Sold | 02/03/09 | J | | |
| 123.  Victory Small Company Opportunity Fund | | None | | | Sold | 02/03/09 | J | | |
| 124.  Washington Real Estate Investment Fund | A | Int./Div. | J | T | | | | | |
| 125.  AFBA 5 Star Science & Technology Fund | B | Int./Div. | J | T | Buy | 04/17/09 | J | | |
| 126.  Allianz NFJ Small-Cap Fund | A | Int./Div. | J | T | Buy | 02/03/09 | J | | |
| 127.  Allianz OCC Growth Fund | B | Int./Div. | J | T | Buy | 04/17/09 | J | | |
| 128.  Dryden Financial Services Fund | B | Int./Div. | J | T | Buy | 04/17/09 | J | | |
| 129.  Eaton Vance Traditional Worldwide Health Sciences | A | Int./Div. | J | T | Buy | 02/03/09 | J | | |
| 130.  Federated Prudent Bear Fund | | None | J | T | Buy | 02/03/09 | J | | |
| 131.  ING Global Value Choice Fund | B | Int./Div. | J | T | Buy | 04/17/09 | J | | |
| 132.  Ivy Small Cap Value Fund | B | Int./Div. | J | T | Buy | 04/17/09 | J | | |
| 133.  Matthews China Fund | B | Int./Div. | J | T | Buy | 04/17/09 | J | | |
| 134.  Nuveen Tradewinds Global | B | Int./Div. | J | T | Buy | 04/17/09 | J | | |
| 135.  Oppenheimer Global Opportunities Fund | B | Int./Div. | J | T | Buy | 04/17/09 | J | | |
| 136.  Rydex Retailing Fund | A | Int./Div. | J | T | Buy | 04/17/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. Rydex S & P Midcap 400 Growth Fund | B | Int./Div. | J | T | Buy | 04/17/09 | J | | |
| 138. Seligman Large Cap Value Fund | B | Int./Div. | J | T | Buy | 04/17/09 | J | | |
| 139. Nuveen Multi-Strategy Income Fund | A | Int./Div. | J | T | Buy | 04/17/09 | J | | |
| 140. JP Morgan Highbridge Stat Market Fund | | None | J | T | Buy | 02/03/09 | J | | |
| 141. Rydex/SGI Managed Futures Fund | | None | J | T | Buy | 02/03/09 | J | | |
| 142. First Eagle Gold Fund | A | Int./Div. | J | T | Buy | 04/17/09 | J | | |
| 143. Federated Capital Income Fund | A | Int./Div. | J | T | Buy | 02/03/09 | J | | |
| 144. Janus Balanced Fund | A | Int./Div. | J | T | Buy | 02/03/09 | J | | |
| 145. Tax Exempt Bonds: | | | | | | | | | |
| 146. VA St Pub Sch Auth 8/1/20 | A | Interest | K | T | | | | | |
| 147. Prince William County, Va 7/1/29 | | None | | | Sold | 07/01/09 | K | | |
| 148. Virginia Beach Va Pub Impt 7/15/23 | A | Interest | J | T | | | | | |
| 149. Brokerage Account #4 directing and holding (lines 150-191) | | | | | | | | | |
| 150. Resource Management Tax-Free Fund, Inc. | A | Interest | L | T | | | | | |
| 151. Equities/Stocks: | | | | | | | | | |
| 152. Abbott Labs | | None | | | Sold | 01/07/09 | J | | |
| 153. Baxter Intl Inc. | | None | | | Sold | 04/30/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Chevron Corp. | | None | | | Sold | 03/03/09 | J | | |
| 155. Dominion Resources | | None | | | Sold | 02/23/09 | J | | |
| 156. Johnson & Johnson | | None | | | Sold | 02/27/09 | J | | |
| 157. Kinder Morgan Energy | | None | | | Sold | 03/03/09 | J | | |
| 158. McDonalds Corp. | | None | | | Sold | 03/05/09 | J | | |
| 159. National Bank of AZ | | None | | | Sold | 01/08/09 | K | | |
| 160. Nestle | B | Dividend | | | Sold | 11/20/09 | J | | |
| 161. Powershares Global Exchange | | None | | | Sold | 02/24/09 | J | | |
| 162. Procter & Gamble Co. | A | Dividend | | | Sold | 11/20/09 | J | | |
| 163. Rydex Series Fund | | None | | | Sold | 10/29/09 | J | | |
| 164. Southern Co. | | None | | | Sold | 06/04/09 | J | | |
| 165. Teva Pharmaceuticals | B | Dividend | | | Sold | 11/20/09 | J | | |
| 166. Verizon Comm. | A | Dividend | | | Sold | 07/28/09 | J | | |
| 167. Wal Mart Stores | | None | | | Sold | 02/04/09 | J | | |
| 168. Wells Fargo & Co. | | None | | | Sold | 01/20/09 | J | | |
| 169. IShares Trust Russell 1000 Value Index Fund | A | Dividend | J | T | Buy | 11/20/09 | J | | |
| 170. IShares Trust Russell 1000 Growth Index Fund | A | Dividend | J | T | Buy | 11/20/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. IShares Trust DJ U.S. Basic Materials | A | Dividend | J | T | Buy | 11/20/09 | J | | |
| 172. IShares Trust Russell Midcap Value Fund | A | Dividend | J | T | Buy | 11/20/09 | J | | |
| 173. IShares Trust Russell Midcap Index Fund | A | Dividend | J | T | Buy | 11/20/09 | J | | |
| 174. IShares MSCI Emerging Market Fund | A | Dividend | J | T | Buy | 11/20/09 | J | | |
| 175. IShares MSCI EAFE Index Fund | A | Dividend | J | T | Buy | 11/20/09 | J | | |
| 176. Rydex ETF Trust S & P 500 | A | Dividend | J | T | Buy | 11/20/09 | J | | |
| 177. Vanguard Index Funds | A | Dividend | J | T | Buy | 11/20/09 | J | | |
| 178. Vanguard Intl Equity Index Fd | | None | J | T | Buy | 11/20/09 | J | | |
| 179. Vanguard Divid Appreciation ETF | A | Dividend | J | T | Buy | 11/20/09 | J | | |
| 180. IShares Iboxx S Invt Gra De Corporate Bond Fund | | None | J | T | Buy | 11/20/09 | J | | |
| 181. IShares Barclays 1-3 yr Treas Bond Fund | | None | J | T | Buy | 11/20/09 | J | | |
| 182. IShares Barclays Tips Bond Fund | | None | J | T | Buy | 11/20/09 | J | | |
| 183. IShares Barclays MBS Bond Fd | | None | J | T | Buy | 11/20/09 | J | | |
| 184. SPDR Barclays Capital Int Term Treasure ETF | | None | J | T | Buy | 11/20/09 | J | | |
| 185. SPDR Barclays Capital Tips | | None | J | T | Buy | 11/20/09 | J | | |
| 186. SPDR DB Intl Govt Inflation Protected Bond | | None | J | T | Buy | 11/20/09 | J | | |
| 187. SPDR Lehman Intl Treas Bond | | None | J | T | Buy | 11/20/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. IShares S & P GSCI Commdity Ind | A | Dividend | K | T | Buy | 11/20/09 | K | | |
| 189. Powershares DB Multi Section Commodity | B | Dividend | K | T | Buy | 11/20/09 | K | | |
| 190. Energy Transfer Partners LP | A | Dividend | | | Buy | 03/20/09 | J | | |
| 191. | | | | | Sold | 11/25/09 | J | B | |
| 192. Heritage Bank Account | B | Interest | M | T | | | | | |
| 193. ▨▨ Account #1 (line 194) | | | | | | | | | |
| 194. Branch Bank & Trust Co. Bank Account | B | Interest | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/12/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/12/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544